<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Joshua Andrew Garber**

## Unpaid Tips and Overtime Wages

| Period[1] | Weeks[1] | Total Overtime Hours Worked[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Unpaid Tips[1] | Total Unpaid Tips[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 6/26/22 - 11/26/22 | 22.00 | 271 | $ 20.00 | $ 30.00 | $ 200.00 | $ 4,400.00 | $ 2,710.00 | $ 7,110.00 |
| | | | | | | $ 4,400.00 | $ 2,710.00 | $ 7,110.00 |

| | |
|---:|---:|
| Total Unpaid Tips[1] = | $ 4,400.00 |
| Total Unpaid Overtime Wages[1] = | $ 2,710.00 |
| Total Liquidated Damages[1] = | $ 7,110.00 |
| Total[1] = | $ 14,220.00 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.